In the Matter of JOHN T. McKEEVER, Respondent, against HENRY T. HORNIDGE et al., Appellants.

Argued March 13, 1954; decided March 13, 1954.

*Henry T. Hornidge,* appellant in person, and *Roger H. Harper* for appellants.

*Morris Golub* and *Sol Rubin* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FROESSEL and VAN VOORHIS, JJ. Taking no part: FULD, J.